UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| JEREMY SHANNON DEWESTER | ) | |
| JOAN BETH DEWESTER | ) | BK. NO. |
| | ) | |
| | ) | |
| DEBTORS. | ) | CHAPTER 13 |

## CHAPTER 13 PLAN

1. The future earnings of the Debtors are submitted to the supervision and control of the Chapter 13 Trustee and the Debtors shall pay to the Trustee the sum of $883.00 per month for a period of 60 months or until completion of the plan. The total payments to the Trustee shall total approximately $52,980.00 over the life of the Plan.

2. From the payments so received the Trustee shall make disbursements as follows:

**PRIORITY CLAIMS**:

The following claims are entitled to priority in the following amounts:

a) Attorney Fees (unpaid portion): $2,125.00- amount shall be paid in monthly payments pursuant to the Standing Order on Standing Order Regarding Attorney Fees for Debtor's Counsel in Chapter 7 and Chapter 13 Cases
b) The Trustee's fees and expenses as determined by the Attorney General pursuant to 28 U.S.C. 586 (a).
c) The Trustee shall pay all court costs billed to the Trustee by the Clerk of the Bankruptcy Court.

**UNSECURED PRIORITY CLAIMS:**

The following claim are entitled to priority in the following amounts:

County Clerk of Fulton County
on behalf of Kathleen Bellemey        2009 Real Estate Taxes        $1,069.54

**SECURED CLAIMS**:

From the payments received the Trustee will pay the following secured creditors.

None

The following secured claims will be paid directly by the Debtors beginning with the first post-petition payment due after filing the bankruptcy. Secured creditors to be paid directly shall continue to send regular monthly invoices to Debtor and may otherwise contact/communicate with Debtor directly concerning all informational matters affecting the normal servicing of any such accounts. To the extent RESPA applies to any Mortgager/Creditor outside of bankruptcy, it will continue to apply during the life of this case.

| | | |
|---|---|---|
| PNC | Mortgage | $1,068.00 Monthly |
| Wells Fargo | 2006 Chevrolet Colorado | $ 394.00 Monthly |
| Chase Auto Finance | 2004 Saturn Ion | $ 283.00 Monthly |
| Heights Finance | 2000 Coachman Catalina | $ 100.00 Monthly |

The following secured claims will be surrendered by the Debtors:

Debtors will surrender their property at 624 W. Fort Street, Farmington, IL, mortgaged through M & I Bank. The Automatic Stay with respect to said property shall be modified, if not already done so, to allow said creditor to recover possession of said property and dispose of said property according to applicable law, with any deficiency after disposition of said property being treated as a general unsecured claim if said creditor chooses to file a proof of claim.

Debtors will surrender their 2000 Yahama Blaster financed through HSBC. The Automatic Stay with respect to said property shall be modified, if not already done so, to allow said creditor to recover possession of said property and dispose of said property according to applicable law, with any deficiency after disposition of said property being treated as a general unsecured claim if said creditor chooses to file a proof of claim.

**UNSECURED CLAIMS**:

From the payments received by the Trustee, after payment of priority claims and secured claims, the Trustee should have available approximately $44,475.51 which will be paid pro rata to unsecured claims.

The Trustee shall make no payments in a denomination less than $15.00 and is authorized to accumulate funds for creditors in order to not make any payments less than $ 15.00.

The effective date of this plan will be the date of the Order confirming plan.

    Respectfully submitted,
    Jeremy and Joan Dewester

    By: /s/ Robert P. Follmer
       Attorney for Debtor
       OSTLING & ASSOCIATES
       201 W. Olive Street
       Bloomington, IL 61701